91 F.3d 1312
 20 Employee Benefits Cas. 1600
 Robert L. RICHARDSON; William Alexander; Larry L. Aman;
Kenneth R. Anderson; Jimmie L. Arrington, et al.,
Plaintiffs-Appellants,
v.
The PENSION PLAN OF BETHLEHEM STEEL CORPORATION AND
SUBSIDIARY COMPANIES; The Pension Trust of Bethlehem Steel
Corporation and Subsidiary Companies; The General Pension
Board; Michael Dopera, Secretary of the General Pension
Board; Bethlehem Steel Corp., Defendants-Appellees.
 No. 93-36089.
 United States Court of Appeals,
Ninth Circuit.
 Aug. 2, 1996.
 
 Before: NOONAN, O'SCANNLAIN, and LEAVY, Circuit Judges.
 
 ORDER
 
 1
 The petition for rehearing of this appeal is granted. The opinion filed October 17, 1995 at 67 F.3d 1462 (1995) is withdrawn. Reargument will be scheduled by separate order.